# EXHIBIT 1

**CURRENT TRIBAL TRUST ACCOUNTING AND TRUST MISMANAGEMENT CASES**

**I.**

| No. | Names and Civil Docket Numbers of Cases Filed in United States District Court for District of Columbia |
|---|---|
| 1 | *Ak-Chin Indian Community v. Kempthorne*<br>No. 06-cv-02245-JR |
| 2 | *Assiniboine and Sioux Tribes of the Fort Peck Indian Reservation v. Kempthorne*<br>No. 02-cv-00035-JR |
| 3 | *Cheyenne River Sioux Tribe v. Kempthorne*<br>No. 06-cv-01897-JR |
| 4 | *Chippewa Cree Tribe of the Rocky Boy's Reservation v. Kempthorne*<br>No. 02-cv-00276-JR |
| 5 | *Coeur d'Alene Tribe v. Kempthorne*<br>No. 06-cv-02242-JR |
| 6 | *Colorado River Indian Tribes v. Kempthorne*<br>No. 06-cv-02212-JR |
| 7 | *Confederated Tribes of the Colville Reservation v. Kempthorne*<br>No. 05-cv-02471-JR |
| 8 | *Confederated Tribes of the Goshute Reservation v. Kempthorne*<br>No. 06-cv-01902-JR |
| 9 | *Crow Creek Sioux Tribe v. Kempthorne*<br>No. 04-cv-00900-JR |
| 10 | *Eastern Shawnee Tribe of Oklahoma v. Kempthorne*<br>No. 06-cv-02162-JR |
| 11 | *Gila River Indian Community v. Kempthorne*<br>No. 06-cv-02249-JR |
| 12 | *Haudenosaunee, Onondaga Nation v. Kempthorne*<br>No. 06-cv-02254-JR |
| 13 | *Iowa Tribe of Kansas and Nebraska v. Kempthorne*<br>No. 06-cv-01899-JR |

| No. | **Names and Civil Docket Numbers of Cases Filed in United States District Court for District of Columbia** |
|---|---|
| 14 | *Lower Brule Sioux Tribe v. Kempthorne*<br>No. 05-cv-02495-JR |
| 15 | *Muskogee (Creek) Nation of Oklahoma v. Kempthorne*<br>No. 06-cv-02161-JR |
| 16 | *Nez Perce Tribe, Mescalero Apache Tribe, Tule River Indian Tribe, Hualapai Tribe, Yakama Nation, Klamath Tribes, Yurok Tribes, Cheyenne-Arapaho Tribe, Pawnee Nation of Oklahoma, Sac and Fox Nation, and Santee Sioux Tribe of Nebraska v. Kempthorne*<br>No. 06-cv-02239-JR |
| 17 | *Northern Cheyenne Tribe of Indians v. Kempthorne*<br>No. 06-cv-02250-JR |
| 18 | *Northwestern Band of Shoshone Indians v. Kempthorne*<br>No. 06-cv-02163-JR |
| 19 | *Oglala Sioux Tribe v. Kempthorne*<br>No. 04-cv-01126-JR |
| 20 | *Omaha Tribe of Nebraska v. Kempthorne*<br>No. 04-cv-00901-JR |
| 21 | *Osage Tribe of Indians of Oklahoma v. United States*<br>No. 04-cv-00283-JR |
| 22 | *Passamaquoddy Tribe of Maine v. Kempthorne*<br>No. 06-cv-02240-JR |
| 23 | *Pechanga Band of Luiseno Mission Indians v. Kempthorne*<br>No. 06-cv-02206-JR |
| 24 | *Prairie Band of Potawatomi Nation v. Kempthorne*<br>No. 05-cv-02496-JR |
| 25 | *Red Cliff Band of Lake Superior Indians v. Kempthorne*<br>No. 06-cv-02164-JR |
| 26 | *Rosebud Sioux Tribe v. Kempthorne*<br>No. 05-cv-02492-JR |

| No. | Names and Civil Docket Numbers of Cases Filed in United States District Court for District of Columbia |
|---|---|
| 27 | *Salt River Pima-Maricopa Indian Community v. Kempthorne*<br>No. 06-cv-02241-JR |
| 28 | *Shoshone-Bannock Tribes of the Fort Hall Reservation v. Kempthorne*<br>No. 02-cv-00254-JR |
| 29 | *Sokaogon Chippewa Community v. Kempthorne*<br>No. 06-cv-02247-JR |
| 30 | *Standing Rock Sioux Tribe v. Kempthorne*<br>No. 02-cv-00040-JR |
| 31 | *Stillaguamish Tribe of Indians v. Kempthorne*<br>No. 06-cv-01898-JR |
| 32 | *Te-Moak Tribe of Western Shoshone Indians v. Kempthorne*<br>No. 05-cv-02500-JR |
| 33 | *Three Affiliated Tribes of the Fort Berthold Reservation v. Kempthorne*<br>No. 02-cv-00253-JR |
| 34 | *Tohono O'Odham Nation v. Kempthorne*<br>No. 06-cv-02236-JR |
| 35 | *Winnebago Tribe of Nebraska v. Kempthorne*<br>No. 05-cv-02493-JR |
| 36 | *Wyandot Nation of Kansas v. Kempthorne*<br>No. 05-cv-02491-JR |
| 37 | *Yankton Sioux Tribe v. Kempthorne*<br>No. 03-cv-01603-JR |

**II.**

| No. | Names and Civil Docket Numbers of Cases Filed In United States District Courts in Oklahoma |
|---|---|
| 1 | *Alabama-Quassarte Tribal Town v. Kempthorne*<br>No. 06-cv-00558-RAW (E.D. Okla.) |
| 2 | *Chickasaw Nation and Choctaw Nation v. Department of the Interior*<br>No. 05-cv-01524-W (W.D. Okla.) |
| 3 | *Kaw Nation v. Kempthorne*<br>No. 06-cv-01437-W (W.D. Okla.) |
| 4 | *Miami Tribe of Oklahoma v. Kempthorne*<br>No. 06-cv-00698-JHP-SAJ (N.D. Okla.) |
| 5 | *Otoe-Missouria Tribe of Oklahoma v. Kempthorne*<br>No. 06-cv-01436-C (W.D. Okla.) |
| 6 | *Ponca Tribe of Indians of Oklahoma v. Kempthorne*<br>No. 06-cv-01439-C (W.D. Okla.) |
| 7 | *Seminole Nation of Oklahoma v. Kempthorne*<br>No. 06-cv-00556-SPS (E.D. Okla.) |
| 8 | *Tonkawa Tribe of Indians v. Kempthorne*<br>No. 06-cv-01435-F (W.D. Okla.) |
| 9 | *United Keetoowah Band of Cherokee Indians in Oklahoma v. United States*<br>No. 06-cv-00559-RAW (E.D. Okla.) |

**III.**

| No. | Names and Docket Numbers of Cases Filed<br>In United States Court of Federal Claims |
|---|---|
| 1 | *Ak-Chin Indian Community v. United States*<br>No. 06-cv-00932-ECH |
| 2 | *Blackfeet Tribe of the Blackfeet Indian Reservation v. United States*<br>No. 02-cv-00127-LSM |
| 3 | *Cheyenne River Sioux Tribe v. United States*<br>No. 06-cv-00915-NBF (ADR Judge Marian B. Horn) |
| 4 | *Chippewa Cree Tribe of the Rocky Boy's Reservation; Little Shell Tribe of Chippewa Indians; Turtle Mountain Band of Chippewa Indians; White Earth Band of Chippewa Indians v. United States (Pembina Judgment Fund)*<br>No. 92-cv-00675-ECH |
| 5 | *Coeur d'Alene Tribe v. United States*<br>No. 06-cv-00940-EJD |
| 6 | *Colorado River Indian Tribes v. United States*<br>No. 06-cv-00901-LAS |
| 7 | *Confederated Tribes of the Goshute Reservation v. United States*<br>No. 06-cv-00912-EGB |
| 8 | *Confederated Tribes of the Warm Springs Reservation of Oregon v. United States*<br>No. 02-cv-00126-SGB |
| 9 | *Crow Creek Sioux Tribe v. United States*<br>No. 05-cv-1383L-MCW |
| 10 | *Delaware Tribe of Indians and the Delaware Trust Board v. United States*<br>No. 02-cv-00026-FMA |
| 11 | *Eastern Shawnee Tribe of Oklahoma v. United States*<br>No. 06-cv-00917-CFL |
| 12 | *[Eastern] Shoshone Indian Tribe of the Wind River Reservation, Wyoming v. United States / [Northern] Arapahoe Indian Tribe of the Wind River Reservation, Wyoming v. United States*<br>No. 79-cv-00458-ECH |

| No. | Names and Docket Numbers of Cases Filed<br>In United States Court of Federal Claims |
|---|---|
| 13 | *Eastern Shoshone Tribe v. United States, Northern Arapaho Tribe v. United States*<br>No. 06-cv-00903-ECH |
| 14 | *Gros Ventre Tribe and Assiniboine Tribe v. United States*<br>No. 06-cv-00931-NBF |
| 15 | *Haudenosaunee v. United States*<br>No. 06-cv-00909-TCW |
| 16 | *Hoopa Valley Tribe v. United States*<br>No. 06-cv-00908-LMB (ADR Judge Marian B. Horn) |
| 17 | *Hopi Tribe v. United States*<br>No. 06-cv-00941-CFL |
| 18 | *Iowa Tribe of Kansas and Nebraska v. United States*<br>No. 06-cv-00920-EJD |
| 19 | *Jicarilla Apache Nation v. United States*<br>No. 02-cv-00025-FMA (ADR Judge Eric G. Bruggink) |
| 20 | *Kaw Nation of Oklahoma v. United States*<br>No. 06-cv-00934-FMA |
| 21 | *Lower Brule Sioux Tribe v. United States*<br>No. 06-cv-00922-LB |
| 22 | *Makah Indian Tribe of the Makah Indian Reservation v. United States*<br>No. 06-cv-00889-LJB (ADR Judge Marian B. Horn) |
| 23 | *Miami Tribe of Oklahoma v. United States*<br>No. 06-cv-00939-ECH |
| 24 | *Muscogee (Creek) Nation of Oklahoma v. United States*<br>No. 06-cv-00918-JFM |
| 25 | *Navajo Nation v. United States*<br>No. 06-cv-00945-FMA |
| 26 | *Nez Perce Tribe v. United States*<br>No. 06-cv-00910-CFL |

| No. | **Names and Docket Numbers of Cases Filed In United States Court of Federal Claims** |
|---|---|
| 27 | *Northwestern Band of Shoshone Indians v. United States*<br>No. 06-cv-00914-LB |
| 28 | *Oglala Sioux Tribe v. United States*<br>No. 05-cv-1378L-RHH |
| 29 | *Omaha Tribe of Nebraska v. United States*<br>No. 06-cv-00911-NBF |
| 30 | *Osage Nation of Oklahoma v. United States*<br>No. 99-cv-00550-ECH (consolidates 00-169) |
| 31 | *Otoe-Missouria Tribe of Indians of Oklahoma v. United States*<br>No. 06-cv-00937-LAS |
| 32 | *Paiute-Shoshone Indians of the Bishop Community of the Bishop Colony, California, v. United States*<br>No. 06-cv-00897-MCW |
| 33 | *Passamaquoddy Tribe v. United States*<br>No. 06-cv-00942-LJB (ADR Judge Marian B. Horn) |
| 34 | *Pawnee Nation of Oklahoma v. United States*<br>No. 07-cv-00002-SGB |
| 35 | *Prairie Band of Potawatomi Indians v. United States*<br>No. 06-cv-00921-LJB (ADR Judge Marian B. Horn) |
| 36 | *Pueblo of Laguna v. United States*<br>No. 02-cv-00024-FMA (ADR Judge Eric G. Bruggink) |
| 37 | *Pueblo of Santa Ana v. United States*<br>No. 06-cv-00892-LAS |
| 38 | *Quechan Tribe of the Fort Yuma Indian Reservation v. United States*<br>No. 06-cv-00888-SGB |
| 39 | *Red Cliff Band of Lake Superior Chippewa Indians v. United States*<br>No. 06-cv-00923-JPW |
| 40 | *Rosebud Sioux Tribe v. United States*<br>No. 06-cv-00924-JFM |

| No. | Names and Docket Numbers of Cases Filed<br>In United States Court of Federal Claims |
|---|---|
| 41 | *Round Valley Indian Tribes v. United States*<br>No. 06-cv-00900-SGB |
| 42 | *Salt River-Pima-Maricopa Tribes v. United States*<br>No. 06-cv-00943-LMB (ADR Judge Marian B. Horn) |
| 43 | *San Manuel Band of Serrano Missions Indians v. United States*<br>No. 06-cv-00893-CCM |
| 44 | *Seminole Nation of Oklahoma v. United States*<br>No. 06-cv-00935-GWM |
| 45 | *Soboba Band of Luiseno Indians v. United States*<br>No. 06-cv-00894-NBF |
| 46 | *Sokaogon Chippewa Community (aka Mole Lake Band of Lake Superior Chippewa Indians) v. United States*<br>No. 06-cv-00930-LJB (ADR Judge Marian B. Horn) |
| 47 | *Stillaguamish Tribe of Indians v. United States*<br>No. 06-cv-00916-NBF (ADR Judge Marian B. Horn) |
| 48 | *Swinomish Indian Tribal Community v. United States*<br>No. 06-cv-00899-FMA |
| 49 | *Three Affiliated Tribes of the Fort Berthold Indian Reservation v. United States*<br>No. 06-cv-00904-LJB (ADR Judge Marian B. Horn) |
| 50 | *Tohono O'odham Nation v. United States*<br>No. 06-cv-00944-EGB |
| 51 | *Tonkawa Tribe of Indians of Oklahoma v. United States*<br>No. 06-cv-00938-BAF (ADR Judge Marian B. Horn) |
| 52 | *United Keetoowah Band of Cherokee Indians in Oklahoma v. United States*<br>No. 06-cv-00936-TCW |
| 53 | *Ute Indian Tribe of the Uintah and Ouray Reservation v. United States*<br>No. 06-cv-00866-MCW |
| 54 | *Winnebago Tribe of Nebraska v. United States*<br>No. 06-cv-00913-MMS |

| No. | Names and Docket Numbers of Cases Filed In United States Court of Federal Claims |
|---|---|
| 55 | *Wyandot Nation of Kansas v. United States*<br>No. 06-cv-00919-LMB (ADR Judge Marian B. Horn) |
| 56 | *Yankton Sioux Tribe v. United States*<br>No. 05-cv-1291-LB |
| 57 | *Yomba Shoshone Tribe v. United States*<br>No. 06-cv-00896-EJD |