# In the United States Court of Federal Claims

No. 06-0921 L
(Filed August 2, 2007)

* * * * * * * * * * * * * * * * * * * * * *
PRAIRIE BAND OF POTAWATOMI INDIANS, *

*Plaintiff*, *

v. *

THE UNITED STATES, *

*Defendant*. *
* * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Currently pending before the court is the parties' Joint Motion and Supporting Status Report for Extension of Temporary Stay of Litigation and [Proposed] Order. In an effort to avoid potentially duplicative and unnecessary filings, promote efficiency, and conserve the resources of the court and the parties, the parties request the subject matter be stayed while the parties engage in settlement discussions; conduct limited discovery; and, explore settlement in plaintiff's companion case before the United States District Court for the District of Columbia, *Prairie Band of Potawatomi Indians*, No. 01:05-cv-02496-JR. Additionally the parties are seeking permission to file a status report, on or before December 26, 2007, informing the court of the status of settlement discussions and making a proposal to the court about how to proceed with this litigation.

Accordingly, it is hereby **ORDERED** that the parties' motion is **GRANTED**; and all proceedings in this case shall remain **SUSPENDED** pending further order of the court; and the parties are directed to **FILE** a **Joint Status Report**, on or before **December 26, 2007**, informing the court of settlement discussions and suggesting further proceedings in the subject matter.

/s/Lynn J. Bush
LYNN J. BUSH
JUDGE