# In the United States Court of Federal Claims

No. 06-0921 L
(Filed January 8, 2008)

* * * * * * * * * * * * * * * * * * * * * *
PRAIRIE BAND OF *
POTAWATOMI INDIANS, *
*
*Plaintiff*, *
*
v. *
*
THE UNITED STATES, *
*
*Defendant*. *
* * * * * * * * * * * * * * * * * * * * * *

## ORDER

Currently pending before the court is the Parties' Joint Motion and Supporting Joint Status Report for Extension of Temporary Stay of Litigation and [Proposed] Order, filed December 21, 2007. In an effort to avoid potentially duplicative and unnecessary filings, promote efficiency, and conserve the resources of the court and the parties, the parties request that the subject matter be stayed for 180 days, to and including July 3, 2008, while the parties engage in settlement discussions; conduct limited discovery; and explore settlement in plaintiff's companion case before the United States District Court for the District of Columbia, *Prairie Band of Potawatomi Indians*, No. 01:05-cv-02496-JR. Additionally, the parties seek permission to file a Joint Status Report, on or before July 3, 2008, informing the court of the status of settlement discussions and making a proposal to the court on how to proceed with this litigation.

Accordingly, it is hereby **ORDERED** that the parties' motion is **GRANTED**; all proceedings in this case shall remain **SUSPENDED** pending further order of the court; and the parties are directed to **FILE** a **Joint Status Report**, on or before **July 3, 2008**, informing the court of settlement discussions and suggesting further proceedings in the subject matter.

/s/Lynn J. Bush
LYNN J. BUSH
JUDGE