IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| PRAIRIE BAND OF POTAWATOMI NATION, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 06-cv-00921-LJB<br>Judge Lynn J. Bush |
| THE UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**[PROPOSED] ORDER**

This matter is before the Court on the parties' joint motion for extension of temporary stay of litigation. Upon consideration of the joint motion and for good cause shown, it is hereby ordered that:

1. The parties' joint motion should be and hereby is GRANTED;

2. The temporary stay of litigation of this case shall be extended until January 15, 2009;

3. The obligation for Defendant to file its Answer or otherwise respond to the Amended Complaint until after termination of the temporary stay, among other things, shall be deferred until after the termination of the temporary stay of litigation; and

4. The parties shall file a joint status report on or before January 15, 2009, informing the Court of the status of their efforts to resolve the issues and claims of this case, and making a proposal, by motion, if appropriate, to the Court about whether and how to proceed with this case.

SO ORDERED.

Date:________________

______________________________________
HON. MARY ELLEN COSTER WILLIAMS
United States Court of Federal Claims Judge