# In the United States Court of Federal Claims

No. 06-0921 L
(Filed July 7, 2008)

* * * * * * * * * * * * * * * * * * * * * *
PRAIRIE BAND OF *
POTAWATOMI INDIANS, *
*
*Plaintiff*, *
*
v. *
*
THE UNITED STATES, *
*
*Defendant*. *
* * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Currently pending before the court is the Parties' Joint Motion and Supporting Joint Status Report for Extension of Temporary Stay of Litigation and [Proposed] Order, filed July 3, 2008. In an effort to avoid potentially duplicative and unnecessary filings, promote efficiency, and conserve the resources of the court and the parties, the parties request that the subject matter be stayed, to and including January 15, 2009, while the parties engage in settlement discussions; conduct limited discovery; and explore settlement in plaintiff's companion case before the United States District Court for the District of Columbia, *Prairie Band of Potawatomi Indians*, No. 01:05-cv-02496-JR. Additionally, the parties seek permission to file a Joint Status Report, on or before January 15, 2009, informing the court of the status of settlement discussions and making a proposal to the court on how to proceed with this litigation.

Accordingly, it is hereby **ORDERED** that the parties' motion is **GRANTED**; all proceedings in this case shall remain **SUSPENDED** pending further order of the court; and the parties are directed to **FILE** a **Joint Status Report**, on or before **January 15, 2009**, informing the court of settlement discussions and suggesting further proceedings in the subject matter.

/s/Lynn J. Bush
LYNN J. BUSH
JUDGE